# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SIZZLER USA RESTAURANTS, INC., Individually and d/b/a/ SIZZLER; RICHARDS ENTERPRISES, a General Partnership; JEFFREY B. RICHARDS,<br><br>　　　　Defendants. | Case No. 2:09-CV-02832-WBS-EFB<br><br>**ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED** that Plaintiff SCOTT N. JOHNSON's complaint is hereby dismissed, with prejudice, as to Defendant SIZZLER USA RESTAURANTS, INC., Individually and d/b/a/ SIZZLER, RICHARDS ENTERPRISES, a General Partnership and JEFFREY B. RICHARDS.

**IT IS SO ORDERED.**

DATED: December 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

767153.1 5563.113